WINIFRED RYAN, Appellant, *v.* THE CITY OF NEW YORK, Respondent.

(Submitted April 29, 1932; decided May 13, 1932.)

*John M. Wilson* for appellant.

*Arthur J. W. Hilly, Corporation Counsel (Joseph P. Reilly* and *James E. O'Reilly* of counsel), for respondent.

Judgment affirmed, with costs; no opinion.

Concur: POUND, Ch. J., CRANE, LEHMAN, KELLOGG, O'BRIEN, HUBBS and CROUCH, JJ.